

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/3/2023__

August 2, 2023

**BY ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., New York, NY 10007

  Re: *United States v. Joshua Golston*, 23 Cr. 362 (AT)

Dear Judge Torres:

  The Government writes to respectfully request an exclusion of time under the Speedy Trial Act from September 5, 2023, through September 12, 2023, the date of the initial conference in the above-referenced matter. I have conferred with Clay Hubbard Kaminsky, Esq., counsel for defendant Joshua Golston (the "defendant"), and he consents to the requested exclusion of time.

  Before the defendant's arraignment on July 31, 2023, the Court set a control date of September 5, 2023, for the initial conference. Accordingly, at the arraignment, Magistrate Judge James L. Cott excluded time under the Speedy Trial Act through September 5, 2023, on the basis that the exclusion of time would serve the ends of justice and outweigh the interest of the public and the defendant in a speedy trial, as it would allow the parties to produce and review discovery, determine whether to file motions, and discuss a potential resolution of this case without the need for a trial. On August 1, 2023, the Court scheduled the initial conference for September 12, 2023.

  The Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act from September 5, 2023, through the date of the initial conference, September 12, 2023, for the same reasons supporting the exclusion of time ordered by Judge Cott — *i.e.*, to allow the parties to produce and review discovery, determine whether to file motions, and discuss a potential resolution of this case without the need for a trial.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney for the
            Southern District of New York

  GRANTED. It is ordered that time until September 12, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow the parties to produce and review discovery, determine whether to file motions, and discuss a potential resolution to this case without the need for a trial.

SO ORDERED.

Dated: August 3, 2023
   New York, New York

            _____
            ANALISA TORRES
            United States District Judge