UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/7/2023
```

UNITED STATES OF AMERICA,

-against-

JOSHUA GOLSTON,

                Defendant.

23 Cr. 362 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed defense counsel's letter dated September 6, 2023.  *See* ECF No. 12.  Accordingly, the Court will hold a substitution-of-counsel hearing in this action on **September 12, 2023**, at **9:40 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007, before the conference scheduled for that date and time.

      SO ORDERED.

Dated: September 7, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge