UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSHUA GOLSTON,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/8/2023_

23 Cr. 362 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The substitution-of-counsel hearing and initial conference scheduled for September 12, 2023, at 9:40 a.m. are ADJOURNED to **September 12, 2023**, at **10:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: September 8, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge