```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/22/2023
```

November 21, 2023

**BY ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v. Golston*, 23 Cr. 362 (AT)

Your Honor:

      I represent Joshua Golston in the above-captioned case and write with the government's consent respectfully to request that the deadline for motions, presently due on November 29, be extended by three business days. The reason for the request is to allow the parties more time for plea negotiations. If granted, the deadlines would be as followed:

      Motions:    December 4

      Opposition:    December 18

      Reply:    December 26

      I spoke with AUSA Benjamin Burkett, and the government consents to this request. For the foregoing reasons, we respectfully request that the Court permit the motion briefing schedule above. Thank you for your consideration.

GRANTED.

SO ORDERED.

Dated: November 22, 2023
       New York, New York

*(signature)*
ANALISA TORRES
United States District Judge