USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

-against-

JOSHUA GOLSTON,

Defendant.

------------------------------------------------------------------- x

**ORDER**

23 Cr. 362 (AT)

Upon the application of defendant, JOSHUA GOLSTON, through his counsel Benjamin Silverman, and upon all proceedings previously herein, it is apparent that defendant JOSHUA GOLSTON is financially unable to pay the expense of retaining the services of an Associate Counsel; it is hereby:

ORDERED that pursuant to 18 U.S.C. 3006A, that Michael Vitaliano, Esq., is appointed in the above-captioned action as Associate Counsel, pursuant to the Criminal Justice Act Mentoring Program, to assist in the representation of defendant, Joshua Golston. As such, Michael Vitaliano, Esq., will be compensated in accordance with the Criminal Justice Act at the rate of $103.00 per hour after providing 15 *pro bono* hours of service in the case.

Dated:   New York, New York
         January 10, 2024

_____
THE HONORABLE ANALISA TORRES
United States District Judge