

U.S. Department...

*United States*...
*Southern Dis*...
*The Silvio J. Mollo*
*One Saint Andrew's*
*New York, New York 10007*
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2024

January 18, 2024

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Joshua Golston*, 23 Cr. 362 (AT)

Dear Judge Torres:

In advance of the trial scheduled to begin on February 27, 2024, in the above-captioned matter, the Government respectfully submits this joint letter on behalf of the parties proposing the following pretrial schedule:

| Event | Date |
|---|---|
| Rule 404(b) Notice<br>Expert Notice | January 30, 2024 |
| Motions *in Limine*<br>Requests to Charge<br>Proposed Voir Dire<br>Rebuttal Expert Notice | February 6, 2024 |
| Oppositions to Motions in *Limine* | February 13, 2024 |
| Initial Exhibit Disclosure<br>Jencks Act/*Giglio* Material | February 20, 2024 |
| Final Pretrial Conference | [To be scheduled at a time convenient for the Court] |
| Trial | February 27, 2024 |

January 12, 2024
Page 2

We thank the Court for its consideration of this request.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney for the
          Southern District of New York

By: _____
          Benjamin M. Burkett / Henry L. Ross
          Assistant United States Attorneys
          (212) 637-2455 / 2442

cc:   Benjamin Adam Silverman, Esq.
      Michael Vitaliano, Esq.

          **SO ORDERED:**

          _____
          **THE HONORABLE ANALISA TORRES**
          United States District Judge

          Dated: January 19, 2024