```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

      -against-

JOSHUA GOLSTON,

                      Defendant.

23 Cr. 362 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Defendant's suppression letter motion dated January 31, 2024. ECF No. 36.  Accordingly:

1. Defendant's request to file the motion is GRANTED;
2. By **February 8, 2024**, the Government shall file its opposition papers;
3. By **February 13, 2024,** Defendant shall file his reply, if any.

      In addition, the Clerk of Court is respectfully directed to strike the docket entry at ECF No. 37, which was improperly filed in this case.

      SO ORDERED.

Dated: February 1, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge