Case 1:23-cr-00362-AT   Document 47   Filed 02/08/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,  :

   -against-  :  23 Cr. 362 (AT)

JOSHUA GOLSTON,  :  **ORDER**

                 Defendant.  :

-----------------------------------------------------------x

TO: Warden, Metropolitan Detention Center, MDC Brooklyn

RE: Joshua Golston, Reg. No. 63024-510

Upon the application of Benjamin Silverman, an attorney for the above-referenced defendant/inmate, the MDC is hereby ORDERED to accept the following clothing and to permit Mr. Golston to wear this clothing during his trial, **which will begin on February 27, 2024, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007:**

    1 pair dress pants
    1 tie
    1 belt
    3 dress shirts
    1 pair dress shoes
    4 pair dress socks
    2 sweaters

Dated: New York, New York
       February 8, 2024

SO ORDERED: _____
                            HON. ANALISA TORRES
                            UNITED STATES DISTRICT JUDGE