Case 1:23-cr-00362-AT   Document 71   Filed 03/04/24   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/4/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSHUA GOLSTON,

                Defendant.

23 Cr. 362 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Sentencing in this matter is scheduled for **July 2, 2024**, at **3:00 p.m.** Defendant shall file his sentencing submission by **June 14, 2024**. The Government shall file its submission by **June 21, 2024**.

    SO ORDERED.

Dated: March 4, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge