```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _03/21/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-

JOSHUA GOLSTON,

                     Defendant.

23 Cr. 362 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's motion for a new trial. ECF No. 82. The Government shall file its opposition by **April 5, 2024**. Defendant shall file his reply, if any, by **April 15, 2024**.

    SO ORDERED.

Dated: March 21, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge