UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/26/2024
```

UNITED STATES OF AMERICA,

-against-

JOSHUA GOLSTON,

                        Defendant.

23 Cr. 362 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Due to a scheduling conflict, the sentencing scheduled for July 2, 2024, is ADJOURNED to **July 15, 2024**, at **4:00 p.m.**

    SO ORDERED.

Dated: June 26, 2024
          New York, New York

_____
ANALISA TORRES
United States District Judge